IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

UNITED STATES OF AMERICA

                Plaintiff,

v.                            Case No. 20- 40069-DDC

DAVID SCHLEIF,

                Defendant.

## INDICTMENT

The Grand Jury charges:

### Introduction

At all times material to this Indictment:

1.    The Federal Water Pollution Control Act, Title 33, United States Code, § 1251 et seq., commonly known as the Clean Water Act, was enacted by Congress to restore and maintain the chemical, physical, and biological quality of the Nation's waters. 33 U.S.C. § 1251(a). In addition, the Clean Water Act was enacted to prevent, reduce and eliminate water pollution in the United States and to conserve the waters of the United States for the protection and propagation of fish and aquatic life and wildlife, for recreational purposes, and for the use of such waters for public drinking water, agricultural, and industrial purposes. 33 U.S.C. § 1252(a).

2.    The Clean Water Act prohibits the discharge of any pollutant into waters of the United States, except in compliance with a permit issued pursuant to the Clean Water Act under the National Pollutant Discharge Elimination System (NPDES) by the United States

Environmental Protection Agency or by a state with an approved permit program. 33 U.S.C. §§ 1311(a) and 1342.

3.    The State of Kansas, through the Kansas Department of Health and the Environment (KDHE), is authorized to issue NPDES Permits in the State of Kansas pursuant to 33 U.S.C. § 1342(b).

4.    Pursuant to regulations promulgated under the Clean Water Act, entities that have a NPDES permit are required to submit, at specified times, Discharge Monitoring Reports (DMR) of various monitored pollutants and effluents.

5.    The Wamego Wastewater Treatment Facility (WWTF), located in Wamego, Kansas, was designed to accept influent raw sewage, purify the sewage water, and allow the purified water to flow out into the Kansas River.

6.    The defendant DAVID SCHLEIF, was the Operator of the WWTF.  As the Operator of the WWTF, the defendant was responsible for the submission of the DMRs to the KDHE.  The DMRs were required to include data collected from monthly tests of the sewage treated by WWTF.

7.    On June 1, 2015, KDHE issued the City of Wamego National Pollutant Discharge Elimination System permit number KS0092266 effective until April 20, 2020.  Pursuant to the terms of the permit, the WWTF was authorized to discharge into the Kansas River effluent that was treated to reduce bacteria and other contaminants prior to discharge.  The receiving section of the Kansas River is identified as having designated uses for food procurement, drinking water supply, groundwater recharge, industrial supply, irrigation supply, and livestock watering.

8.    The term "navigable waters" means the waters of the United States, including the territorial seas. 33 U.S.C. § 1362(8).  The Kansas River meets the definition of navigable waters.

9. Beginning as early as May 2017, and continuing until approximately August 22, 2019, the defendant on behalf of WWTF submitted DMRs that contained falsified data to conceal that WWTF had been discharging untreated or inadequately treated sewage into the Kansas River in violation of its NPDES permit. Specifically, the DMRs submitted to KDHE during this timeframe reported significantly lower levels of biochemical oxygen demand (BOD), total suspended solids (TSS), and *E. coli* than the actual levels of these parameters contained in the discharged effluent, as documented by the laboratory reports.

## COUNT 1
**Discharge**

10. Paragraphs 1 through 9 of this Indictment are realleged as if fully restated.

11. Between on or about May 25, 2017 and August 22, 2019, in the District of Kansas, the defendant,

**DAVID SCHLEIF**,

knowingly discharged pollutants, that is, untreated or inadequately treated sewage, from the Wamego Wastewater Treatment Facility into the Kansas River, a navigable water of the United States, in violation of the National Pollutant Discharge Elimination System permit number KS0092266.

This was in violation of 33 U.S.C. § 1311(a), 33 U.S.C. § 1319(c)(2), and 18 USC § 2.

## COUNTS 2 – 20
**False Statements**

12. Paragraphs 1 through 11 of this Indictment are realleged as if fully restated.

13. On or about the dates set forth below, in the District of Kansas, the defendant,

**DAVID SCHLEIF**,

3

knowingly made false statements, representations, and certifications, in a record, report, plan, or other document filed and required to be maintained under the Clean Water Act (33 U.S.C. §§ 1251-1376), in that he falsified data included on the Discharge Monitoring Report filed with the Kansas Department of Health and the Environment as set forth below:

| Count No. | Date DMR Submitted to KDHE | Date Sample Collected |
|---|---|---|
| 2 | 07-28-2017 | 05-25-2017 |
| 3 | 07-28-2017 | 06-29-2017 |
| 4 | 10-02-2017 | 07-13-2017 |
| 5 | 11-28-2017 | 09-13-2017 |
| 6 | 06-06-2018 | 04-19-2018 |
| 7 | 06-06-2018 | 05-10-2018 |
| 8 | 08-28-2018 | 06-13-2018 |
| 9 | 08-28-2018 | 07-25-2018 |
| 10 | 12-03-2018 | 08-30-2018 |
| 11 | 12-03-2018 | 09-19-2018 |
| 12 | 12-03-2018 | 10-24-2018 |
| 13 | 12-31-2018 | 11-28-2018 |
| 14 | 01-29-2019 | 12-05-2018 |
| 15 | 02-28-2019 | 01-09-2019 |
| 16 | 03-28-2019 | 02-21-2019 |
| 17 | 04-30-2019 | 03-21-2019 |
| 18 | 05-28-2019 | 04-10-2019 |
| 19 | 06-27-2019 | 05-15-2019 |
| 20 | 07-29-2019 | 06-20-2019 |

This was in violation of 33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2.

A TRUE BILL.

Dated:  September 16, 2020              s/Foreperson_____
                                        FOREPERSON

4

<u>s/ Christine E. Kenney, #13542 for</u>
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
stephen.mcallister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Topeka, Kansas.)

**PENALTIES:**

Ct. 1:  33 U.S.C. § 1319(c)(2)(A)
Discharge

- NMT 3 Years Imprisonment
- Fine NLT $5,000 and NMT $50,000 per day of violation
- 1 Year Supervised Release
- $100 Special Assessment

Ct.s 2 - 20:  33 U.S.C. § 1319(c)(4)
CWA False Statement

- NMT 2 Years Imprisonment
- Fine NMT $10,000
- 1 Year Supervised Release
- $100 Special Assessment