AO 83 (Rev. 06/09) Summons in a Criminal Case


FILED
SEP 21 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| United States of America | ) |
|---|---|
| v. | ) |
| DAVID SCHLEIF | ) Case No. 20-40069-DDC |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | United States Courthouse<br>444 SE Quincy<br>Topeka KS 66683-3589 | Courtroom No.: 470 (Judge Mitchell)-Via Zoom |
|---|---|---|
| | | Date and Time: 09-28-20 @ 12:30 p.m. |

This offense is briefly described as follows:

Count 1: 33 USC 1311(a) and 33 USC 1319(c)(2) and 18 USC 2---Discharge Pollutants
Counts 2-20: 33 USC 1319(c)(4) and 18 USC 2---False statements to be maintained under the Clean Water Act.

Date: 9/16/20

s/M. Barnes, Deputy Clerk
*Issuing officer's signature*

Timothy M. O'Brien, Clerk of Court
*Printed name and title*

I declare under penalty of perjury that I have:

☑ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: Sept. 17, 2020

*Server's signature*

Edwin McGlasson, SA
*Printed name and title*

Case No.

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: David Scheif

Last known residence: 22404 A Greenwood Rd., Belvue, KS 66407

Usual place of abode *(if different from residence address):*

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

## PROOF OF SERVICE

This summons was received by me on *(date)* Sept. 16, 2020.

☑ I personally served the summons on this defendant David Schleif at *(place)* 22404A Greenwood Rd, Belvue KS on *(date)* Sept. 16, 2020; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____, who is authorized to receive service of process on behalf of *(name of organization)* _____ on *(date)* _____ and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: Sept. 17, 2020

Server's signature

Edwin McGlasson, SA
Printed name and title

Remarks: